Exhibit 1

# 001 HECHU HOME ART WALL



