Case: 1:26-cv-04961 Document #: 20-2 Filed: 06/01/26 Page 1 of 2 PageID #:88

Exhibit 2

| Defendant | Seller Name | Seller Origin | Platform | Email | Account ID (USD) |
|---|---|---|---|---|---|
| 1 | HECHU HOME ART WALL | China | Walmart | 306276617@qq.com | 102721937; 10002741357 |