**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Theodora Ioana Magerand

                    Plaintiff,

v.                                       Case No.: 1:26–cv–04961

                                       Honorable LaShonda A. Hunt

HECHU HOME ART WALL, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

      MINUTE entry before the Honorable LaShonda A. Hunt: In light of the Seventh Circuit's recent decision in *Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co.*, No. 25–2205, 2026 WL 1502198 (7th Cir. May 29, 2026), Plaintiff's motion for electronic service of process [19] is denied without prejudice. In any renewed motion, Plaintiff must address whether its efforts to ascertain Defendant's address were reasonably diligent under Kangol. *See* 2026 WL 1502198, at *4–5. The motion hearing set for 6/10/26 [21] is stricken. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.